UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA CRABLE,

    Plaintiff,

-vs-                                              Case No. 5:10-cv-402-Oc-37TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

This case is before the Court on the parties' Joint Motion to Extend Dispositive Motion Deadline (Doc. 84). Because the parties are in agreement and granting the requested extension should not affect the scheduled trial date or the Court's ability to dispose of dispositive motions in advance of the trial date the motion is GRANTED and the parties have through November 14, 2011 within to file their dispositive motions.

IT IS SO ORDERED.

ORDERED and ADJUDGED in Ocala, Florida on this 16th day of October, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to Counsel of Record