UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA CRABLE,

    Plaintiff,

v.                                        Case No. 5:10-cv-402-Oc-37TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____

## ORDER

Before the Court is plaintiff Melissa Crable and defendant State Farm Mutual Automobile Insurance Company's ("State Farm") Joint Motion to Extend Deadline for Taking Video Trial Testimony of Experts for Use at Trial and Discovery Deposition of Defendant's Experts, filed on November 7, 2011. (Doc. 99.) Plaintiff obtained new counsel on September 12, 2011 after her prior counsel was allowed to withdraw by this Court. Plaintiff's current counsel made his appearance in this case only days before the September 30, 2011 discovery deadline. Plaintiff's counsel says it is vital that plaintiff have the opportunity to present the trial testimony of her medical expert witnesses Dr. Ara Deukmedjian and Dr. Ronald Landua, M.D. via video deposition and that she will be "severely prejudiced" if these video depositions are not taken and introduced at trial. Plaintiff also seeks to take the discovery depositions of State Farm's experts, Dr. McBride M.D., Dr. Foley, M.D., and Connie Colman. State Farm seeks to take the deposition of Dr. Landua.

The parties jointly ask this Court to extend the discovery deadline to January 1,

2012[1] so that these depositions may be taken. The Court has already entered three amended case management orders in this action. The trial is currently set for March 5, 2012 and while the parties assert that granting the extension will in no way alter the trial date the Court disagrees. The Court does not wish to continue the trial and notes that the District Judge assigned to this case purposely gives himself at least ninety days between the deadline for dispositive, <u>Daubert</u> and <u>Markman</u> motions and trial date so that those matters can be decided in the regular course and in advance of the trial date. Although the Court sympathizes with plaintiff's new counsel and the situation they find themselves in the failure to take these depositions appears to be a problem of the parties' own making.

In order that the parties have additional time within to depose the experts and the District Judge still has at least ninety days between the deadline for dispositive motions and the trial date the Court will extend the deadline for taking the depositions of the experts through December 2, 2011. The Joint Motion to Extend the Deadline (Doc. 99) is therefore due to be GRANTED with an extension through December 2, 2011.[2]

IT IS SO ORDERED.

DONE AND ORDERED at Ocala, Florida on November 8, 2011.

THOMAS B. SMITH
United States Magistrate Judge

---

[1] The parties are unclear as to the exact date the parties wish the discovery deadline be extended to. The Joint Motion asks for extensions both to January 1, 2012 and December 20, 2011.

[2] On November 2, 2011, the Court held a hearing on multiple discovery issues in this case and recognizes that its order on those matters, when issued, may create additional scheduling issues for the parties.

Copies to Counsel of Record