UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA CRABLE,

    Plaintiff,

v.                                       Case No.  5:10-cv-402-Oc-37TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

Before the Court is non-party Millenium Medical Management, LLC d/b/a Deuk Spine Institute's ("Deuk Spine") Emergency Motion for Protective Order and/or Motion to Quash or Modify the Third Amended Notice of Taking Deposition Duces Tecum Directed to Non-Party, Millenium Medical Management LLC d/b/a Deuk Spine Institute, filed on November 30, 2011.  (Doc. 106.)  The deposition of Deuk Spine is currently scheduled for December 1, 2011 and counsel for Deuk Spine is out of the country on a preplanned vacation until December 10, 2011.  The parties have been unable to agree on a date for Deuk Spine's deposition before the thirty (30) day deadline established by the Court in its November 14, 2011 Order (Doc. 101).  Deuk Spine therefore requests, inter alia, an enlargement of time to conduct Deuk Spine's deposition.

The Court finds the issues raised in the motion can be adequately dealt with now, even though the defendant has not had a sufficient opportunity to file a paper in opposition to the motion.

The Court will grant an enlargement of time to conduct Deuk Spine's deposition

until January 6, 2012 because (1) Deuk Spine's counsel is out of the country until December 10, 2011, (2) Deuk Spine did not receive the Third Amended Notice of Taking Deposition Duces Tecum and Amended Subpoena until November 29, 2011, and (3) many people are typically on vacation during the holiday season.

This enlargement does not change the remainder of the case schedule.  Given the impending trial date, Deuk Spine's deposition should be conducted as soon as possible consistent with the parties' obligations of courtesy and civility.  The parties are reminded that the Court expects counsel to act civilly to one another and that discovery in this district should be practiced with a spirit of cooperation and civility.  The Court also reminds the parties that lawyers in this district are expected to reasonably attempt to accommodate the schedules of opposing lawyers, parties, and witnesses in scheduling discovery.

The enlargement provided by this Order should remedy the parties' problem without the necessity of a protective order or order to quash or modify the subpoena.  Deuk Spine's request for fees and expenses in connection with the present motion will be denied.

Now, Deuk Spine's Emergency Motion for Protective Order and/or Motion to Quash or Modify the Third Amended Notice of Taking Deposition Duces Tecum (Doc. 106) is due to be GRANTED IN PART.  The parties have until January 6, 2012 to conduct the deposition of Deuk Spine and to produce the documents ordered for production by the Court in its November 14, 2011 Order.  In all other respects, the motion is DENIED.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida on November 30, 2011.

                                                          THOMAS B. SMITH
                                                          United States Magistrate Judge

Copies to all counsel.