UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA CRABLE,

    Plaintiff,

v.                                  Case No.  5:10-cv-402-Oc-37TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

## ORDER

In its November 14, 2011 Order, this Court determined to carry Millennium Medical Management a/k/a The Deuk Spine Institute and Dr. Ara Deukmedjian's Motion for Protective Order and to Quash or Modify Subpoena (Doc. 69) and said it would revisit the motion after the 30(b)(6) deposition of Deuk Spine and after a final decision concerning the documents discussed in Ms. Margaret Zukoski's state court deposition. Now, so that this motion is not forgotten, the Court directs the parties to update it on the status of the 30(b)(6) deposition of Deuk Spine and Ms. Zukoski's deposition within 10 days from the rendition of this Order.

    IT IS SO ORDERED.

    DONE AND ORDERED at Ocala, Florida on January 17, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel

1