
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA CRABLE,

    Plaintiff,

v.                                                     Case No. 5:10-cv-402-Oc-37TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____

## ORDER

The Court enters this Order on its own motion. This case is distinguishable from most other civil cases on the docket by the discovery disputes that have occurred and are still ongoing. Now pending are Millennium Medical Management a/k/a The Deuk Spine Institute and Dr. Ara Deukmedjian's Motion for Protective Order and to Quash or Modify Subpoena (Doc. 69), the Defendant's Motion for Contempt and for Sanctions Against Dr. Ara Deukmedjian and Millennium Medical Management, LLC, Response to Court's January 17, 2012 Order and Incorporated Memorandum of Law (Doc. 125), plaintiff's Motion to Terminate Discovery Deposition of Deukmedjian and Extend the Period for Video Deposition for Trial of Plaintiff's Expert Witnesses, Dr. Deukmedjiam and Dr. Landau (Doc. 128), Plaintiff's Response and Opposition to Defendant's Motion for Contempt and Motion for Sanctions Against Dr. Deukmedjian and Memorandum of Law in Support Thereof (Doc. 129), and the Defendant's Motion to Continue Trial (Doc. 126) which is largely predicated on the defendant's claim that it has not been able to complete the taking of discovery from Dr. Ara Deukmedjian and Millennium Medical

Management, LLC. In addition to reading these papers, the Court has reviewed the transcript of the deposition of Ara Deukmedjian, M.D., taken on January 13, 2012 and filed on January 27, 2012 (Doc. 124-1).

It is apparent that the taking of discovery from Dr. Ara Deukmedjian and Millennium Medical Management, LLC has not been completed and the Court is no longer confidant that this discovery will be completed, or completed in time to try this case in March of this year unless the Court becomes more involved in the discovery process. Therefore, the depositions of Dr. Ara Deukmedjian and Millennium Medical Management, LLC will be conducted during the month of February, 2012, in the presence of the Court in the United States Courthouse in Ocala, Florida on a date to be coordinated between counsel and the Court's courtroom deputy, Donna DeNicola (352) 369-4864. The deponents shall bring with them all of the documents which they were previously ordered to produce. They shall have those documents in two forms, redacted and un-redacted so that if it becomes necessary, the Court can make an in camera inspection of the un-redacted documents during the depositions.

IT IS SO ORDERED.

DONE AND ORDERED at Ocala, Florida on February 1, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    All Counsel
    Donna DeNicola