IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

CASE NO.: 5:10-cv-402-Oc-37TBS

MELISSA CRABLE,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendants.

_____/

## DEFENDANT'S SUPPLEMENTAL MOTION TO CONTINUE TRIAL AND MOTION FOR ADDITIONAL TIME TO COMPLETE DEPOSITION OF DR. DEUKMEDJIAN AND MILLENNIUM MEDICAL MANAGEMENT

Defendant, State Farm Mutual Automobile Insurance Co. ("State Farm"), by and through undersigned counsel, hereby submits its Supplemental Motion to Continue Trial and Motion for Additional Time to Complete Deposition of Dr. Deukmedjian and Millennium Medical Management and, in support, states:

1. By Motion dated January 27, 2012, the Defendant reluctantly approached this Court with a request to continue the trial of this cause that is currently scheduled for March 5, 2012. (Doc. 126.) In its motion, and contemporaneously filed discovery motions, the Defendant outlined to the Court the discovery delays and outstanding issues requiring the Defendant to seek such relief.

2. In its Order dated February 2, 2012, entered upon the Court's own motion (Doc. 136), the Court recognized the ongoing discovery issues and directed the parties to conduct

the deposition of Dr. Ara Deukmedjian and Millennium Medical Management in the presence of the Court in the Ocala Federal Courthouse during the month of February. The Court directed the deponents to have with them at that time all documents that the Court had previously ordered to be produced in both redacted and un-redacted form.

3. The Defendant is grateful for the Court's intervention in the deposition process and is optimistic that the Court's direction will finally result in the production of the discovery that the Defendant has been attempting to elicit for over a year.

4. Unfortunately, the delays that have been occasioned by the deponents' refusals to cooperate to date have resulted in the discovery being incomplete at a time only weeks from the commencement of the trial docket in this matter. In order to effect the completion of the discovery in advance of that docket, the Court has ordered that the deposition take place in Ocala during the month of February.

5. Counsel for the Defendant are scheduled to begin trial on a time-certain trial docket commencing February 20, 2012 in the Circuit Court in and for Orange County, Florida. Counsel anticipates that the matter will take approximately five to eight days to try.

6. In addition, counsel has learned from the attorney for Dr. Deukmedjian and Millennium Medical Management that she, too, is currently scheduled to begin trial, in the Middle District of Florida, on a docket beginning February 21, 2012.

7. On a related matter, counsel has also learned from counsel for Morgan & Morgan that, while the firm is working diligently to compile its records production to the

Defendant, because of the voluminous nature of the records involved, the firm does not anticipate that it will have its production to the Defendant completed by February 17, 2012, as agreed and has requested additional time in which to complete that production.

8. The Defendant, as previously noted, has been diligently attempting to obtain the discovery from non-parties Morgan & Morgan and the Deuk Spine Institute that is directly relevant to several issues in the case, including potential bias of the witness as well as the reasonableness and necessity of both the medical treatment provided to this plaintiff and the charges for that treatment. This matter is now on the eve of trial and the discovery has still not been produced. In the meantime, the Defendant's counsel must prepare for the time-certain trial that is scheduled to begin in less than two weeks in another matter.

9. For the fore-going reasons, as well as those more fully set out in the Defendant's previously-filed Motion to Continue Trial (Doc. 126), the Defendant respectfully requests that the Court enter an Order continuing the trial of this cause to a later trial docket and extending the time-period in which the Defendant may comply with the Court's February 2, 2012, Order regarding the deposition of Dr. Ara Deukmedjian and Millennium Medical Management accordingly.

10. Pursuant to Rule 3.01(g), the Defendant hereby certifies that it has conferred with counsel for the Plaintiff regarding its request for a continuance of this matter and has been advised that the Plaintiff does not agree to a continuance.

WHEREFORE, the Defendant respectfully requests that this Honorable Court GRANT its Supplemental Motion to Continue Trial and Motion for Additional Time to Complete Deposition of Dr. Deukmedjian and Millennium Medical Management, remove the trial from the March 2012 trial docket, extend all pretrial deadlines accordingly, and afford all other just and proper relief

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2012, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will send notices of electronic filing to and Andrew Rariden, Esq., Trial Professionals, 1218 E. Robinson St., Orlando, FL 32801.

/s/ Kimberly D. Webb

**DALE T. GOBEL**
Florida Bar Number 0980439
DGobel@gobelflakes.com
**KIMBERLY D. WEBB**
Florida Bar Number 0537306
KWebb@gobelflakes.com
Gobel Flakes, LLC
189 South Orange Avenue, Suite 1430
Orlando, Florida 32801
Telephone: (407) 455-5165
Facsimile: (407) 455-5166
Attorneys for Defendant