UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA CRABLE,

    Plaintiff,

v.                                            Case No.  5:10-cv-402-Oc-37TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____

## ORDER

This case is before the Court on Defendant's Supplemental Motion to Continue Trial and Motion for Additional Time to Complete Deposition of Dr. Deukmedjian and Millennium Medical Management (Doc. 140) and Plaintiff's Response to Defendant's Supplemental Motion to Continue Trial and Motion for Additional Time to Complete Deposition of Dr. Deukmedjian and Memorandum of Law in Support Thereof (Doc. 143).

The volume of discovery litigation in this case distinguishes it from most others on the Court's docket.  With the case set for trial in March, 2012 and discovery incomplete, the undersigned sua sponte ordered that the depositions of Dr. Deukmedjian and Millennium Medical Management be taken in the United States Courthouse in Ocala, Florida during the month of February, 2012 (Doc. 136).  The intent of this Order was to complete this discovery in February so that the action could be tried as scheduled in March.  The defendant filed the instant motion to continue both the deposition and trial on account of scheduling issues and unfinished discovery

which included, but was not limited to these depositions (Doc. 140). While plaintiff opposed all of the relief sought in the defendant's motion (Doc. 143), she also requested an extension of time to take the video depositions of Dr. Deukmedjian and Dr. Landau for use at trial (Doc. 128).

After due consideration, it is adjudged that the defendant's motion to extend the time within to complete the depositions of Dr. Deukmedjian and Millennium Medical Management is GRANTED. These depositions shall be conducted no later than March 30, 2012 in the presence of the Court in the United States Courthouse in Ocala, Florida. Counsel shall coordinate the dates and times of these depositions with the undersigned's courtroom deputy, Donna DeNicola (352) 369-4864. The deponents shall bring to their depositions, all of the documents they were previously ordered to produce. They shall have the documents in two forms, redacted and un-redacted so that if it becomes necessary, the Court can make an in camera inspection of the un-redacted documents during the depositions.

IT IS SO ORDERED.

DONE AND ORDERED at Ocala, Florida on February 14, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    All Counsel
    Donna DeNicola