UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA CRABLE,

     Plaintiff,

v.                                                                    Case No.  5:10-cv-402-Oc-37TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Defendant.

_____

ORDER

The Court enters this Order sua sponte.  The deposition of Millennium Medical

Management, L.L.C. is currently set for 10:00 a.m. on May 29, 2012 in the United

States District Courthouse in Ocala, Florida.

Based upon my understanding of communications between the Courtroom

Deputy and counsel, there seems to be a question whether Millennium will again

designate Dr. Deukmedjian as its corporate representative for the deposition.  It was

also my understanding that Plaintiff intended to take a video deposition of Dr.

Deukmedjian immediately before or after State Farm's deposition on May 29, 2012 for

use at trial.

Now, so that there are no misunderstandings, counsel are directed to confer

and advise the Court in writing, within 10 days from the rendition of this Order,

whether they are in agreement concerning the upcoming deposition(s).  If counsel are

unable to agree then the Court will conduct a telephonic hearing on the matters in

dispute prior to May 29, 2012.

IT IS SO ORDERED.

DONE AND ORDERED at Ocala, Florida on May 3, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

All Counsel
Donna DeNicola