UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA CRABLE,

    Plaintiff,

v.                                       Case No.  5:10-cv-402-Oc-37TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

Pending before the Court is the Motion for Protective Order/to Quash or Modify Subpoena, filed by non-party movants, Dr. Ara Deukmedjian and Millennium Medical Management, LLC. (Doc. 69).  Upon due consideration of the orders entered by the undersigned (Docs. 101, 136, 146) and the district judge (Docs. 118, 164), the motion is hereby DENIED AS MOOT.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on May 23, 2012.

THOMAS B. SMITH
United States Magistrate Judge


Copies to all Counsel