UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA CRABLE,

    Plaintiff,

v.                                          Case No. 5:10-cv-402-Oc-37TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

Pending before the Court are Motion to Permit Electronic Equipment by Non-Party Deuk Spine (Doc. 176) and Motion to Permit Electronic Equipment by Defendant State Farm Mutual Automobile Insurance Company (Doc. 177). The movants seek leave of Court to bring laptop computers and cellular telephones to the deposition of non-party, Millenium Medical Management, LLC d/b/a Deuk Spine Institute currently scheduled for 10:00 a.m. today in the courthouse. Upon due consideration, the motions are both GRANTED as follows:

    1. Attorney, Crystal L. Eiffert may bring one laptop computer and two cellular telephones into the courthouse on May 29, 2012.

    2. Attorney, Dale Gobel may bring one laptop computer and one cellular telephone into the courthouse on May 29, 2012.

    3. Attorney David I. Spector may bring one laptop computer and one cellular telephone into the courthouse on May 29, 2012.

   4.  The laptop computers and cellular telephones shall only be used appropriately and not in a manner that will interfere with the operations of the Court or the taking of the deposition.

   IT IS SO ORDERED.

   DONE AND ORDERED in Ocala, Florida, on May 29, 2012.

                         THOMAS B. SMITH
                         United States Magistrate Judge

Copies to all Counsel