UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA CRABLE,

    Plaintiff,

v.                                        Case No. 5:10-cv-402-Oc-37TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

Pending before the Court is Plaintiff's Motion to Terminate Discovery Deposition of Dr. Deukmedjian and Extend the Period for Video Deposition for Trial of Plaintiff's Expert Witnesses, Dr. Deukmedjian and Dr. Landau. (Doc. 128). Upon due consideration, the motion is DENIED.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on May 30, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel