UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA CRABLE,

    Plaintiff,

v.                                               Case No. 5:10-cv-402-Oc-37TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

Pending before the Court is Defendant's Motion for Contempt and for Sanctions Against Dr. Ara Deukmedjian and Millennium Medical Management, LLC, Response to Court's January 17, 2012 Order, and Incorporated Memorandum of Law. (Doc. 125).  Upon due consideration, the motion is DENIED.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on May 30, 2012.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel