# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**MELISSA CRABLE,**

    Plaintiff,

v.

                                        **CASE NO. 5:10-cv-402-Oc-37PRL**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

    Defendant.

## ORDER

The Court has been telephonically advised that this case has been settled. Accordingly, it is now

**ORDERED:**

1. The jury trial scheduled for January 7, 2013 at 2:00 p.m. is cancelled.

2. The parties shall have until **March 4, 2013** to file a joint motion for dismissal or other appropriate documents to close out this file.

3. If the parties have not filed settlement pleadings or a request for extension of time by March 4, 2013, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk is directed to close the file, subject to reopening if the parties file papers by the deadline.

  3. All pending motions and deadlines are terminated and all case management deadlines are vacated.

  **DONE AND ORDERED** at Ocala, Florida, this 2nd day of January, 2013.

_____
ROY B. DALTON, JR.
United States District Judge

Copies: Counsel of Record